UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | NO. 03-79 |
| JAMES KNOX | SECTION: "F" |

### O R D E R

The Court, having considered the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the notice of appeal filed by defendant in this matter was untimely filed. The Clerk of Court shall return this case to the United States Fifth Circuit Court of Appeals for further proceedings.

New Orleans, Louisiana, this 16th day of May, 2006.

_____
**UNITED STATES DISTRICT JUDGE**